Keith S. DAVIS, Petitioner–Appellant,

v.

Walter W. STOUT, Judge; K. Scott Miles, Public Defender; MIchelle B. Mitchell, Richmond City Jail Sheriff, Respondents–Appellees.

No. 03–6651.

United States Court of Appeals, Fourth Circuit.

Submitted May 28, 2003.

Decided June 10, 2003.

Keith S. Davis, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Keith S. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Davis v. Stout,* No. CA–03–259–2 (E.D. Va. April 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*